JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PING SUN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BMW OF NORTH AMERICA, LLC and DOES 1 - 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-07075-RGK-AJR<br><br>~~JOINT MOTION TO DISMISS AND [PROPOSED]~~ ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE AND FOR COURT TO RETAIN JURISDICTION PURSUANT TO CCP § 664.6  **[21]**<br><br>Judge:　　Hon. R, Gary Klausner<br>Date Filed:　August 28, 2023 |

The Order to Show Cause [18], issued on 09/28/2023 is discharged.

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:

1. The Court dismisses this entire action with prejudice pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure.
2. The Court retains jurisdiction over the Parties to enforce the terms of their settlement agreement entitled "General Release and Settlement Agreement" dated September 14, 2023.

Date: **10/5/2023** _____

　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　United States District Court Judge

THE LAW OFFICE OF ABTIN AMIR, PC

~~JOINT MOTION TO DISMISS AND [PROPOSED]~~ ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE AND FOR COURT TO RETAIN JURISDICTION PURSUANT TO CCP § 664.6